MIDORIMATSU, INC., Appellant, v HUI FAT COMPANY, Respondent, et al., Defendants.

Submitted November 4, 2013; decided December 17, 2013

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

MRI ENTERPRISES, INC., Appellant, v COMPREHENSIVE MEDICAL CARE OF NEW YORK, P.C., Respondent.

Submitted November 4, 2013; decided December 17, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

ANTHONY NASTASI et al., Respondents, v COUNTY OF SUFFOLK et al., Defendants, and CHICAGO TITLE INSURANCE COMPANY, Appellant.

Submitted November 12, 2013; decided December 17, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUSSELL YOUNG, Appellant.

Submitted November 4, 2013; decided December 17, 2013

Motion for reargument of motion for leave to appeal denied [*see* 22 NY3d 853 (2013)]. Motion for poor person relief dismissed as academic.